IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON ANGELO DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>RALPH DIAZ, et al.,<br><br>    Defendants. | No. 2:19-CV-0222-WBS-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On July 18, 2019, the court issued findings and recommendations that this action be dismissed for plaintiff's failure to file a first amended complaint within the time directed. A review of the docket reflects that plaintiff has now filed his first amended complaint. Accordingly, the July 18, 2019, findings and recommendations are hereby vacated. The sufficiency of plaintiff's first amended complaint will be addressed separately.

    IT IS SO ORDERED.

Dated: August 13, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1